#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01095-REB-KMT

ROBURT SALLIE, an individual,

    Plaintiff,

v.

SPANISH BASKETBALL FEDERATION, a business entity, and
CLUB BASQUET TARRAGONA, a business entity,

    Defendants.

#### FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **ORDER ADOPTING RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE** [#45] entered by Judge Robert E. Blackburn on March 20, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#43], filed February 25, 2014, is **APPROVED AND ADOPTED** as an order of this court;

    2. That the **Recommendation of United States Magistrate Judge** [#44], filed February 25, 2014, also is **APPROVED AND ADOPTED** as an order of this court;

    3. That **Defendant Spanish Basketball Federation's Motion To Dismiss For Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure** [#29], filed June 7, 2013, is **GRANTED**;

    4. That plaintiff's claims against defendant Spanish Basketball Federation are

**DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction in this forum;

5.  That plaintiff's claims against defendant Club Basquet Tarragona are **DISMISSED WITHOUT PREJUDICE** for failure to timely effectuate service of process;

6.  That judgment without prejudice **IS ENTERED** on behalf of defendants, Spanish Basketball Federation and Club Basquet Tarragona, against plaintiff, Roburt Sallie, as to all claims and causes of action asserted against them herein; and

7.  That this case is **DISMISSED**.

DATED at Denver, Colorado, this 21st day of March, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
      Kathleen Finney
      Deputy Clerk